THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAWN STOYANOFF, et al., | CASE NO. C13-1141-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| JEREMY HOYLE, et al., | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to strike the pending motions, the trial date, and the pretrial deadlines, and to stay this action pending the fulfillment of certain conditions precedent agreed to as part of a settlement agreement. (Dkt. No. 50.) The Court hereby ORDERS:

(1) The Court STRIKES all pending motions for summary judgment. (Dkt. Nos. 40, 42, 45.)

(2) The trial date, January 5, 2015, is hereby VACATED, as are all associated pretrial deadlines, apart from the pleading amendment/third party action deadline.

(3) The Court STAYS this action.

1    (4) The parties are DIRECTED to file a joint status report on or before August 29, 2014.

2    DATED this 11th day of July 2014.

William M. McCool<br>
Clerk of Court<br>
<br>
s/Mary Duett<br>
Deputy Clerk

MINUTE ORDER, C13-1141-JCC
PAGE - 2