Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DAWN STOYANOFF and VERNON SCHERMER,<br><br>Plaintiffs,<br><br>vs.<br><br>JEREMY HOYLE, WHATCOM COUNTY, LUMMI NATION, STATE OF WASHINGTON, WASHINGTON STATE PATROL, TROOPER BARTON MAUPIN, and JOHN AND/OR JANE DOE, NUMBERS 1 THROUGH 10,<br><br>Defendants. | No. 2:13-cv-01141-JCC<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

## I. STIPULATION

The parties by and through their respective counsel, hereby stipulate that all claims may be dismissed with prejudice and without costs or fees, and that the Order below dismissing those claims may be entered.

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE – PAGE 1
CAUSE NO. 2:13-cv-01141-JCC

1186292 / 585.0026

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

1  Dated this 24th day of September, 2014        Dated this 24th day of SCPT, 2014

2  G. LEE RAAEN                                  FORSBERG & UMLAUF, P.S.

3  By: /s/ G. Lee Raaen                          By: /s/ Roy Umlauf
       G. Lee Raaen, WSBA #6258                      Roy Umlauf, WSBA #15437
4      Attorney for Plaintiffs                       Attorneys for Defendants Jeremy Hoyle
                                                     and Lummi Nation
5

6  Dated this ___ day of _____, 2014       Dated this ___ day of _____, 2014

7  WASHINGTON ATTORNEY GENERAL'S                 LAW, LYMAN, DANIEL, KAMERRER &
   OFFICE                                        BOGDANOVICH, P.S.
8

9  By:_____            By:_____
       Tad Robinson, WSBA #37153                     Guy M. Bogdanovich, WSBA #14777
10     Attorneys for Defendants Washington           Attorneys for Defendant Whatcom County
       State Patrol and Barton Maupin
11

12 WHATCOM COUNTY PROSECUTING ATTORNEY

13
   By:_____
14     Elizabeth L. Gallery, WSBA #18800
       Attorneys for Defendant Whatcom County
15

16                                        **ORDER**

17     THIS MATTER having come on before the above-entitled court on the above

18 stipulation of the parties through their counsel of record, now, therefore, it is hereby

19     ORDERED, ADJUDGED AND DECREED that all claims herein be dismissed with

20 prejudice and without costs or attorney's fees to any party.

21     Dated this _____ day of _____, 2014.

22

23                                                  _____
                                                    Honorable John C. Coughenour

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE – PAGE 2
CAUSE NO. 2:13-cv-01141-JCC

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

1186292 / 585.0026

| | |
|---|---|
| Dated this ___ day of _____, 2014 | Dated this ___ day of _____, 2014 |
| G. LEE RAAEN | FORSBERG & UMLAUF, P.S. |
| By:_____<br>   G. Lee Raaen, WSBA #6258<br>   Attorney for Plaintiffs | By:_____<br>   Roy Umlauf, WSBA #15437<br>   Attorneys for Defendants Jeremy Hoyle<br>   and Lummi Nation |
| Dated this ___ day of _____, 2014 | Dated this ___ day of _____, 2014 |
| WASHINGTON ATTORNEY GENERAL'S OFFICE | LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S. |
| By: /s/ Tad Robinson<br>   Tad Robinson, WSBA #37153<br>   Attorneys for Defendants Washington<br>   State Patrol and Barton Maupin | By:_____<br>   Guy M. Bogdanovich, WSBA #14777<br>   Attorneys for Defendant Whatcom County |

WHATCOM COUNTY PROSECUTING ATTORNEY

By:_____
   Elizabeth L. Gallery, WSBA #18800
   Attorneys for Defendant Whatcom County

**ORDER**

THIS MATTER having come on before the above-entitled court on the above stipulation of the parties through their counsel of record, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims herein be dismissed with prejudice and without costs or attorney's fees to any party.

Dated this _____ day of _____, 2014.

_____
Honorable John C. Coughenour

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE – PAGE 2
CAUSE NO. 2:13-cv-01141-JCC

1186292 / 585.0026

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

| | |
|---|---|
| Dated this ___ day of _____, 2014 | Dated this ___ day of _____, 2014 |
| G. LEE RAAEN | FORSBERG & UMLAUF, P.S. |
| By:_____<br>G. Lee Raaen, WSBA #6258<br>Attorney for Plaintiffs | By:_____<br>Roy Umlauf, WSBA #15437<br>Attorneys for Defendants Jeremy Hoyle and Lummi Nation |
| Dated this ___ day of _____, 2014 | Dated this 2nd day of September, 2014 |
| WASHINGTON ATTORNEY GENERAL'S OFFICE | LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S. |
| By:_____<br>Tad Robinson, WSBA #37153<br>Attorneys for Defendants Washington State Patrol and Barton Maupin | By: /s/ Guy M. Bogdanovich<br>Guy M. Bogdanovich, WSBA #14777<br>Attorneys for Defendant Whatcom County |

WHATCOM COUNTY PROSECUTING ATTORNEY

By:_____
Elizabeth L. Gallery, WSBA #18800
Attorneys for Defendant Whatcom County

## ORDER

THIS MATTER having come on before the above-entitled court on the above stipulation of the parties through their counsel of record, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims herein be dismissed with prejudice and without costs or attorney's fees to any party.

Dated this _____ day of _____, 2014.

_____
Honorable John C. Coughenour

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE – PAGE 2
CAUSE NO. 2:13-cv-01141-JCC

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

1186292 / 585.0026

| | |
|---|---|
| Dated this 24th day of September, 2014 | Dated this ___ day of _____, 2014 |
| G. LEE RAAEN | FORSBERG & UMLAUF, P.S. |
| By: /s/ G. Lee Raaen<br>G. Lee Raaen, WSBA #6258<br>Attorney for Plaintiffs | By: _____<br>Roy Umlauf, WSBA #15437<br>Attorneys for Defendants Jeremy Hoyle and Lummi Nation |
| Dated this ___ day of _____, 2014 | Dated this ___ day of _____, 2014 |
| WASHINGTON ATTORNEY GENERAL'S OFFICE | LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S. |
| By: _____<br>Tad Robinson, WSBA #37153<br>Attorneys for Defendants Washington State Patrol and Barton Maupin | By: _____<br>Guy M. Bogdanovich, WSBA #14777<br>Attorneys for Defendant Whatcom County |

WHATCOM COUNTY PROSECUTING ATTORNEY

By: /s/ Elizabeth L. Gallery  (Per email authority)
    Elizabeth L. Gallery, WSBA #18800
    Attorneys for Defendant Whatcom County

## ORDER

THIS MATTER having come on before the above-entitled court on the above stipulation of the parties through their counsel of record, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims herein be dismissed with prejudice and without costs or attorney's fees to any party.

Dated this _____ day of _____, 2014.

_____
Honorable John C. Coughenour

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE – PAGE 2
CAUSE NO. 2:13-cv-01141-JCC

1186292 / 585.0026

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

1  Presented by:

2  FORSBERG & UMLAUF, P.S.

3
   By _____
4     Roy A. Umlauf, WSBA #15437
      Attorneys for Defendants Hoyle and
5     Lummi Nation

6  Approved as to Form; Notice of Presentation Waived:

7  G. LEE RAAEN

8
   By _____
9     G. Lee Raaen, WSBA #6258
      Attorney for Plaintiffs
10

11  WASHINGTON ATTORNEY GENERAL'S OFFICE

12
    By _____
13     Tad Robinson, WSBA #37153
       Attorneys for Defendants Washington
14     State Patrol and Barton Maupin

15

16  LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.

17  By _____
       Guy M. Bogdanovich, WSBA #14777
18     Attorneys for Defendant Whatcom County

19  WHATCOM COUNTY PROSECUTING ATTORNEY

20
    By _____
21     Elizabeth L. Gallery, WSBA #18800
       Attorneys for Defendant Whatcom County
22

23

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE – PAGE 3
CAUSE NO. 2:13-cv-01141-JCC

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

1186292 / 585.0026

Presented by:

FORSBERG & UMLAUF, P.S.


By_____
   Roy A. Umlauf, WSBA #15437
   Attorneys for Defendants Hoyle and
   Lummi Nation

Approved as to Form; Notice of Presentation Waived:

G. LEE RAAEN


By _____
   G. Lee Raaen, WSBA #6258
   Attorney for Plaintiffs


WASHINGTON ATTORNEY GENERAL'S OFFICE


By _____/s/_____
   Tad Robinson, WSBA #37153
   Attorneys for Defendants Washington
   State Patrol and Barton Maupin


LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.


By _____
   Guy M. Bogdanovich, WSBA #14777
   Attorneys for Defendant Whatcom County

WHATCOM COUNTY PROSECUTING ATTORNEY


By _____
   Elizabeth L. Gallery, WSBA #18800
   Attorneys for Defendant Whatcom County

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE – PAGE 3
CAUSE NO. 2:13-cv-01141-JCC

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

1186292 / 585.0026

1  Presented by:

2  FORSBERG & UMLAUF, P.S.

3

4  By_____
   Roy A. Umlauf, WSBA #15437
   Attorneys for Defendants Hoyle and
5  Lummi Nation

6  Approved as to Form; Notice of Presentation Waived:

7  G. LEE RAAEN

8

9  By _____
   G. Lee Raaen, WSBA #6258
   Attorney for Plaintiffs
10

11  WASHINGTON ATTORNEY GENERAL'S OFFICE

12

13  By _____
   Tad Robinson, WSBA #37153
   Attorneys for Defendants Washington
14  State Patrol and Barton Maupin

15

16  LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.

17  By _[signature]_____
   Guy M. Bogdanovich, WSBA #14777
18  Attorneys for Defendant Whatcom County

19  WHATCOM COUNTY PROSECUTING ATTORNEY

20

21  By _____
   Elizabeth L. Gallery, WSBA #18800
   Attorneys for Defendant Whatcom County
22

23

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE – PAGE 3
CAUSE NO. 2:13-cv-01141-JCC

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

1186292 / 585.0026

1 | Presented by:

2 | FORSBERG & UMLAUF, P.S.

3

4 | By_____
  | Roy A. Umlauf, WSBA #15437
  | Attorneys for Defendants Hoyle and
5 | Lummi Nation

6 | Approved as to Form; Notice of Presentation Waived:

7 | G. LEE RAAEN

8 | By /s/ G. Lee Raaen
9 | G. Lee Raaen, WSBA #6258
  | Attorney for Plaintiffs

10

11 | WASHINGTON ATTORNEY GENERAL'S OFFICE

12

13 | By _____
  | Tad Robinson, WSBA #37153
  | Attorneys for Defendants Washington
14 | State Patrol and Barton Maupin

15

16 | LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.

17 | By _____
  | Guy M. Bogdanovich, WSBA #14777
18 | Attorneys for Defendant Whatcom County

19 | WHATCOM COUNTY PROSECUTING ATTORNEY

20

21 | By /s/ Elizabeth L. Gallery  (Per email authority)
  | Elizabeth L. Gallery, WSBA #18800
22 | Attorneys for Defendant Whatcom County

23

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE – PAGE 3
CAUSE NO. 2:13-cv-01141-JCC

1186292 / 585.0026

## CERTIFICATE OF SERVICE

The undersigned certifies under the penalty of perjury under the laws of the State of Washington that I am now and at all times herein mentioned, a citizen of the United States, a resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

On the date given below I caused to be served the foregoing STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE on the following individuals in the manner indicated:

Gary Lee Raaen
200 First Avenue W., Suite 402
Seattle, WA  98119
(X) Via ECF

Guy M. Bogdanovich
Law, Lyman, Daniel, Kamerrer & Bogdanovich
910 Lakeridge Way S.W.
PO Box 11880-98508-1880
Olympia, WA  98502-6068
(X) Via ECF

Elizabeth L. Gallery
Deputy Prosecuting Attorney
Whatcom County Prosecuting Attorney
311 Grand Avenue, Suite 201
Bellingham, WA  98225
(X) Via ECF

Thomas R. O'Neill
Washington Attorney General's Office
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(X) Via ECF

SIGNED this 24th day of September, 2014, at Seattle, Washington.

_____
Shawn G. Menning

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE – PAGE 4
CAUSE NO. 2:13-cv-01141-JCC

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

1186292 / 585.0026